[No. 46362-8-II.   Division Two.   May 19, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS D. GIBSON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 13-1-00468-2, Toni A. Sheldon, J., entered June 10, 2014. *Reversed* and *remanded* by unpublished opinion per Lee, J., concurred in by Johanson, C.J., and Maxa, J.

[No. 47078-1-II.   Division Two.   May 19, 2015.]

JAMES J. O'HAGAN, *Appellant*, v. JOSEPH FIELD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 12-2-00718-3, Gordon Godfrey, J., entered August 12, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 32197-5-III.   Division Three.   May 19, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIN E. McGOVERN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-1-02255-1, John O. Cooney, J., entered December 11, 2014. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Brown, A.C.J., and Korsmo, J.

[No. 25516-6-III.   Division Three.   May 21, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BEN ALAN BURKEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-03182-5, Jerome J. Leveque, J., entered September 1, 2006. *Reversed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.